**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01714-RPM-BNB

DEBORAH WITT,

      Plaintiff,

v.

AUTOMATED COLLECTION SERVICES, INC., a Tennessee corporation,

      Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.


                 BY THE COURT:

                 s/Richard P. Matsch

August 21, 2013

_____    _____

DATE                   Richard P. Matsch, Senior District Judge